# United States District Court

--------------------------- DISTRICT OF KANSAS---------------------------

**DAMON LAMONT WHEELER,**

       **Plaintiff,**

v.                                          Case No:  23-1028-JAR-KGG

**EIGHTEENTH JUDICIAL DISTRICT,**

       **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      IT IS THEREFORE ORDERED BY THE COURT that in accordance with the February 28, 2023 Report and Recommendation (Doc. 5), this case is hereby dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure to establish any basis for federal court jurisdiction for his potential claims against Defendant and to state a viable federal cause of action.

April 20, 2023                                  SKYLER B. O'HARA
    Date                                       CLERK OF THE DISTRICT COURT

                                                 by:  *s/ Sarah Spegal*
                                                           Deputy Clerk